# Court of Appeals
# of the State of Georgia

ATLANTA,  January 20, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0118.  IN RE ESTATE OF REED.**

On October 21, 2025, this Court granted movant Porsha Erwin's application for discretionary appeal, holding that she was authorized to appeal the probate court's denial of her petition to proceed in forma pauperis. See OCGA § 5-6-35 (j) (a timely application for appeal will be granted if the judgment is subject to direct appeal). On October 23, 2025, Erwin timely filed her notice of appeal. On December 10, 2025, the magistrate court issued a writ of possession to the Estate concerning the premises at issue in both the probate and the magistrate courts. On December 23, 2025, Erwin filed an emergency motion seeking a stay of proceedings in both courts. On December 24, 2025, we granted the motion, stayed proceedings in both courts, and ordered the probate court to "transmit the records and transcripts relevant to [Erwin's] motion to proceed in forma pauperis within 20 days of the date of this order."

On January 5, 2025, the Estate filed a motion for reconsideration, pointing out that although Erwin was entitled to an appeal from the probate court's judgment as to the proceedings in forma pauperis, Erwin did not timely appeal the writ of possession issued by the magistrate court or pay amounts due into the registry of the state or superior court. Erwin also noted that her application was not granted as to the writ. See OCGA § 44-7-56 (b) (1), (3) ("[a] copy of the petition for review filed in the reviewing superior or state court or the notice of appeal shall be filed with the clerk of the trial court within seven days after the judgment was entered"; "if the judgment of the trial court is against the tenant and the tenant appeals this judgment, the tenant

shall notify the trial court of his or her appeal and pay into the registry of the reviewing superior or state court all sums found by the trial court to be due for rent"); *Zekser v. Zekser*, 293 Ga. 366, 369 (2) (744 SE2d 698) (2013) (declining to consider errors beyond those raised in an application for discretionary appeal).

Erwin has not filed any response to the Estate's motion for reconsideration, and her emergency motion did not attach a notice of appeal concerning the magistrate court's judgment. Accordingly, the motion for reconsideration is GRANTED, the STAY of proceedings in magistrate court is LIFTED, and the writ of possession is now enforceable against Erwin.

We note, however, that the motion for reconsideration disclaims any assertion of error as to the probate court matter. See OCGA § 5-6-35 (h) ("[t]he filing of an application for [discretionary] appeal shall act as a a supersedeas to the extent that a notice of appeal acts as supersedeas"). As a result, our earlier order concerning the transmission of certified copies of the probate court record relevant to Erwin's pending appeal remains in effect.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,___01/20/2026_____*

          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*